IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARLA COOK,                                      No. 3:15-cv-01891-SB

            Plaintiff,                       ORDER

     v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

           Defendant.


HERNÁNDEZ, District Judge:

     Magistrate Judge Stacie Beckerman issued a Findings and Recommendation [20] on

November, 15, 2016, in which she recommends that the Court reverse the Commissioner's final

decision denying Ms. Cook's application for disability insurance benefits and social security

insurance and remand the case for additional proceedings.

     Because neither party timely filed an objection to the Magistrate Judge's Findings and

Recommendation, I am relieved of my obligation to review the record *de novo*. United States v.

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [20], and therefore, the Commissioner's final decision is REVERSED and this case is REMANDED for additional proceedings.

IT IS SO ORDERED.

DATED this _____ day of _____ Feb _____, 2017.

MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER