IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARLA J. COOK,  No. 3:15-cv-01891-SB

        Plaintiff,  ORDER

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

        Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Stacie Beckerman issued an Amended Findings and Recommendation [31] on September 9, 2017, in which she recommends that the Court grant in part Plaintiff's Motion for Attorney Fees Under 28 U.S.C. § 2412(d) [24].

    Plaintiff has timely filed objections [30] to the Amended Findings & Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

When a party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Amended Findings & Recommendation [31], and therefore, Plaintiff's request for Equal Access to Justice Act attorney's fees is granted in part in the amount of $ 4,659.25.

IT IS SO ORDERED.

DATED this 27 day of Oct, 2017.

MARCO A. HERNÁNDEZ
United States District Judge