Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARLA J. COOK,<br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>      Defendant. | 3:15-cv-01891-SB<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $6,881.01 pursuant to 42 U.S.C. § 406(b). The attorney fee of $4,659.25 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 24 day of April, 2019.

_____
Marco A. Hernandez
United States District Judge